UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
      -v- : 15-CR-877-10 (PAE)
:
JONATHAN MATTIAS : <u>SCHEDULING ORDER</u>
:
                  Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules a telephonic conference in this case for **January 28, 2021** at **11:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
Dated: January 25, 2021                    PAUL A. ENGELMAYER
      New York, New York            United States District Judge