

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

July 8, 2021

Hon. Paul A. Engelmayer
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**Re.:**  *United States v. Jonathan Matias*
*Case No.: 15 Cr. 877 (PAE) - VOSR*

Dear Judge Engelmayer,

    I represent Jonathan Matias in the above matter, which is scheduled for a conference on a Violation of Supervised Release on July 13, 2021. As the Court was previously made aware, this violation proceeding stems from a case pending in Bronx County. The state case was adjourned to August 11. In order to allow for the state matter to be disposed of, I respectfully request a 60-day adjournment to any day during the week of October 11 or October 18.

    The Government has no objection to this request.

Thank you for your attention in this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

**GRANTED.** The conference is adjourned to October 14, 2021 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 331.

7/9/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge